Alan J. Jang (SBN 83409)
Sally Noma (SBN 264774)
**Jang & Associates, LLP**
1766 Lacassie Avenue, Suite 200
Walnut Creek, California 94596
Telephone: (925) 937-1400
Facsimile: (925) 937-1414
*ajang@janglit.com*
*snoma@janglit.com*

Attorneys for Plaintiff, CSAA INSURANCE EXCHANGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSAA INSURANCE EXCHANGE as subrogee of Shen-Yung Chen & Marion Wu,<br><br>Plaintiffs,<br><br>vs.<br><br>SPECTRUM BRANDS, INC.; UNITED PET GROUP, INC.; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 16-CV-03912-DMR<br>HONORABLE DISTRICT JUDGE DONNA M. RYU<br>COURTROOM 4<br><br>**STIPULATION AND ORDER TO DISMISS ACTION** |

IT IS HEREBY STIPULATED and agreed by and between the parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATE: May 12, 2017                    JANG & ASSOCIATES, LLP

                                      /s/ Sally Noma
                                      Alan J. Jang
                                      Sally Noma
                                      Attorneys for Plaintiff, CSAA INSURANCE EXCHANGE

| | | |
|---|---|---|
| DATE: May 12, 2017 | | WOOD, SMITH, HENNING, BERMAN, LLP |

___/s/ Corban J. Porter
Gregory P. Arakawa
Corban J. Porter
Attorneys for Defendant, UNITED PET GROUP, INC.

Upon the Stipulation for Dismissal with prejudice filed herein by the above-named plaintiff and the above named defendants, and the Court having examined said Stipulation and being fully advised in the premises, finds that this cause of action has been fully compromised and settled and the parties have stipulated and agreed to dismissal of the complaint with prejudice, and that the Court further finds that all costs have been paid

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the complaint for plaintiff against defendants be and the same is hereby dismissed with prejudice

DATE: May 15, 2017

_____
Donna M. Ryu
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Donna M. Ryu]*

**PROOF OF SERVICE**

I, Mairin MacDonald, declare:

I am employed in Contra Costa County, State of California, am over the age of eighteen years, and not a party to the within action. My business address is 1766 Lacassie Avenue, Suite 200, Walnut Creek, California 94596. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and/or other overnight delivery. Under overnight delivery practice, all mailings are deposited in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business.

On this date, I served a true copy of the document described as:

**STIPULATION AND ORDER TO DISMISS ACTION**

on the parties in this action as follows:

Gregory P. Arakawa, Esq.
Corban J. Porter, Esq.
WOOD, SMITH, HENNING & BERMAN LLP
1401 Willow Pass Road, Suite 700
Concord, CA 94520-7982
Phone: 925-222-3400
Fax: 925-356-8250
garakawa@wshblaw.com
cporter@wshblaw.com
*Attorneys for United Pet Group, Inc.*

☐ **By U.S. Mail:** I caused each such envelope to be served by depositing same, with postage thereon fully prepaid, in the United States Postal Service in the ordinary course of business at Walnut Creek, California.

✓ By CM/ECF Notice of Electronic Filing; I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/EDF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 12, 2017, at Walnut Creek, California.

/s/ Mairin MacDonald